Hope Patton, Esq. SBN#207245
hopepattonlaw@gmail.com
LAW OFFICE OF HOPE M. PATTON
3972 Barranca Pkwy, J-205
Irvine, CA 92606
Telephone: (949) 682-3042
Facsimile: (949) 491-8667

Attorney for Plaintiff SOL SENGCO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SOL SENGCO, an individual,<br><br>                Plaintiff,<br>    vs.<br><br>KAISER PERMANENTE FOUNDATION HOSPITALS, a corporation; and DOES 1 through 50, inclusive,<br><br>                Defendants. | **CASE NO.** CV 17-615-GW(JEMx)<br><br>**STIPULATION FOR DISMISSAL [F.R.C.P. 41(A)] AND ORDER OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff SOL SENGCO and Defendant KAISER FOUNDATION HOSPITALS, sued erroneously as KAISER PERMANENTE FOUNDATION HOSPITALS, hereby stipulate by and through their designated counsel that the above-captioned action be dismissed with prejudice as to all claims, causes of action, and parties.

Dated: August 29, 2017        LAW OFFICE OF HOPE M. PATTON,

                                          By: /s/ Hope Patton
                                              HOPE PATTON
                                              Attorney for Plaintiff
                                              SOL SENGCO

Dated: August 29, 2017        FOSTER EMPLOYMENT LAW

                                            By: /s/ Kristin A. Smith
                                              KRISTIN A. SMITH
                                              Attorneys for Defendant
                                              KAISER FOUNDATION HOSPITALS

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the Parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties. The Clerk is directed to close the file.

Dated: August __30__, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE